# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER A. LYON-CROFTCHECK,** | : | CIVIL ACTION NO. 1:10-CV-0684 |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CRA COLLECTIONS, INC.,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 6th day of January, 2011, upon consideration of plaintiff's motion (Doc. 8) for default judgment, and upon further consideration of the affidavits attached thereto and the brief in support thereof (Doc. 9), and it appearing that the summons and complaint were served on defendant by mail on April 5, 2010, and by personal service on June 23, 2010, but that, as of the date of this order, defendant has not made any answer or other defense or appearance in the above-captioned case, and it further appearing that default was entered in the above-captioned case on November 11, 2010, and the court finding that entry of default judgment is appropriate, and that, based on the record, plaintiff has proven damages with sufficient certainty that no further inquiry is necessary, see FED. R. CIV. P. 55(b)(2) (providing that "[t]he court may conduct hearings" as necessary to "determine the amount of damages"); see also Rhino Assocs. L.P. v. Berg Mfg. & Sales Corp., 531 F. Supp. 2d 652, 657 (M.D. Pa. 2007) (holding that a hearing was unnecessary when the evidence on fees and damages was not opposed and unambiguous), and the court noting that the requested judgment is within the

scope of plaintiffs' complaint, see FED. R. CIV. P. 54(c) ("A default judgment must not differ in kind from, or exceed in amount, what is demanded in the pleadings."), (see also Doc. 1 at 5), it is hereby ORDERED that:

1. The motion (Doc. 8) is GRANTED.

2. The Clerk of Court is directed to enter JUDGMENT in favor of plaintiff and against defendant, in the following amounts:

    a. $18,000.00 in damages; and

    b. $3,345.00 in attorney's fees; and

    c. $410.00 in costs.

4. The Clerk of Court is directed to CLOSE this case.


      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge